257 F.2d 655
 103 U.S.App.D.C. 277
 Wilbert G. EVANS, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 14277.
 United States Court of Appeals District of Columbia Circuit.
 Argued May 7, 1958.
Decided May 22, 1958.
 
 Mr. Cornelius H. Doherty (appointed by this court), Washington, D.C., for appellant.
 Mr. Harry T. Alexander, Asst. U.S. Atty., Washington, D.C., with whom Messrs. Oliver Gasch, U.S. Atty., Carl W. Belcher and Robert J. Asman, Jr., Asst. U.S. Attys., Washington, D.C., were on the brief for appellee.
 Messrs. Lewis Carroll, Asst. U.S. Atty., and E. Tillman Stirling, Asst. U.S. Atty. at the time the record was filed, Washington, D.C., also entered appearances for appellee.
 Before PRETTYMAN, WILBUR K. MILLER and BASTIAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 This appeal is from appellant's conviction for violation of D.C.Code, 22-2204 (1951), unauthorized use of a vehicle. We find no error affecting substantial rights.
 
 
 2
 Affirmed.